PROB 12C
(6/16)

Report Date: January 14, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 16, 2026

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ryan W. Benson            Case Number: 0980 2:20CR00020-TOR-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99217

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervision Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: November 18, 2020

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(C) |
| Original Sentence: | Prison - 73 months<br>TSR - 36 months |
| Asst. U.S. Attorney: | U.S. Attorney's Office |
| Defense Attorney: | Federal Defenders Office |

Type of Supervision: Supervised Release

Date Supervision Commenced: July 17, 2025

Date Supervision Expires: July 16, 2028

## PETITIONING THE COURT

To issue a summons

On July 21, 2025, a U.S. probation officer reviewed a copy of the conditions of supervision with Mr. Benson as outlined in the judgment and sentence. Mr. Benson acknowledged an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Benson allegedly violated the above-stated condition on January 3, 2026. On this date, Mr. Benson was charged by Spokane County Sheriff Office (SCSO) for third degree theft, pursuant to SCSO case number 2026-10001224.<br><br>According to SCSO case number 2026-10001224, on January 3, 2026, Ryan Benson failed to scan an items in the self check-out line at Walmart. He gathered his merchandise and exited the store where he was contacted by loss prevention staff. Mr. Benson was then arrested by SCSO deputies for third degree theft. |
| 2 | **Standard Condition # 9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.<br><br>**Supporting Evidence**: Mr. Benson allegedly violated the above-stated condition of supervision by failing to notify the undersigned of his contact with SCSO deputies on January 3, 2026. |

Prob12C
**Re: Benson, Ryan W.**
**January 14, 2026**
Page 2

    According to the SCSO case number 2026-10001224, on January 3, 2026, Mr. Benson was contacted by a local law enforcement officer who responded to a call for service regarding theft. Mr. Benson was questioned by the deputy who then arrested him following their investigation. Mr. Benson failed to report this law enforcement contact to the undersigned officer within 72 hours.

3    **Standard Condition #7**: You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at lease 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

    **Supporting Evidence**: Mr. Benson allegedly violated the above stated condition by changing his employment status on or about December 29, 2025, without notifying the probation officer.

    On January 12, 2025, this officer reached out to Mr. Benson's listed employer and learned he was no longer employed by their company as of December 29, 2025. Mr. Benson failed to report a change in his employment to the undersigned officer within 72 hours.

4    **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: Mr. Benson allegedly violated the terms of his supervised release by using fentanyl, methadone, methamphetamine, MDMA, cocaine, amphetamine and THC on or about December 26, 2025, through January 11, 2026.

    On January 13, 2026, Mr. Benson provided a urine sample that tested presumptive positive for fentanyl, methadone, methamphetamine, MDMA, cocaine, amphetamine and THC. Thereafter, Mr. Benson admitted via a written statement, that he had last used the aforementioned controlled substances between December 26, 2025, through January 11, 2026.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    01/14/2026

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

Prob12C
Re: Benson, Ryan W.
January 14, 2026
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Thomas O. Rice
United States District Judge

_January 16, 2026_
Date