PROB 12C
(6/16)

Report Date:  March 13, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 13, 2026

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision    ECF No 69

Name of Offender: Ryan W. Benson                Case Number: 0980 2:20CR00020-TOR-1

Address of Offender: ▮▮▮▮▮▮▮▮    Spokane, Washington 99217

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervision Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: November 18, 2020

Original Offense:        Possession with Intent to Distribute a Mixture or Substance Containing a Detectable
                         Amount of Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(C)

Original Sentence:       Prison - 73 months;            Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     U.S. Attorney's Office          Date Supervision Commenced: July 17, 2025

Defense Attorney:        Federal Defenders Office         Date Supervision Expires: July 16, 2028

---

### PETITIONING THE COURT

To issue a **warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 1/14/2026.

On July 21, 2025, a U.S. probation officer reviewed a copy of the conditions of supervision with Mr. Benson as outlined in the judgment and sentence. Mr. Benson acknowledged an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Benson allegedly violated the terms of his supervised release by using cocaine on or about March 6, 2026.

On March 6, 2026, Mr. Benson provided a urine sample that tested presumptive positive for cocaine.

Mr. Benson signed a denial of use form, denying the use of controlled substances. The urine sample was sent to Alere Laboratory for further testing.

**Prob12C**
**Re: Benson, Ryan W**
**March 13, 2026**
**Page 2**

On March 12, 2026, Alere Laboratory confirmed Mr. Benson's urine sample tested positive for cocaine as well as being a dilute sample.

6          **Standard Condition #4**: You must be truthful when responding to the questions asked by your probation officer.

**Supporting Evidence**: Mr. Benson allegedly violated the above-stated condition of supervision by being dishonest with the undersigned officer on March 6, 2026.

On March 6, 2026, Mr. Benson was questioned about controlled substance use following the presumptive positive test results with his urine sample. Mr. Benson advised the undersigned officer he has remained abstinent from controlled substances, signing a denial of use form.

On March 12, 2026, the undersigned officer received confirmation from Alere Laboratory that Mr. Benson's urine sample returned positive for a controlled substance, specifically cocaine.

7          **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Benson allegedly violated the terms of his supervised release by attempting to utilize a device to circumvent urinalysis testing.

Specifically, on March 13, 2026, Mr. Benson was asked to provide a random urine sample. The officer collecting the sample observed what appeared to be a deception device being used by Mr. Benson in an attempt to pass his urinalysis. The undersigned officer directed Mr. Benson to remove the deception device and he eventually complied. Mr. Benson admitted to using the deception device in an attempt to circumvent the detection of his recent use of controlled substances. He signed an admission of use form confirming his consumption of cocaine as well as his possession of a deceptive device.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/13/2026

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

Prob12C
**Re: Benson, Ryan W**
**March 13, 2026**
**Page 3**

## THE COURT ORDERS

[ ]   No Action
[X]  The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the
      case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

March 13, 2026
_____
Date